ADELMAN

NANCY JOSEPH
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 SEP 24 P 2:36

CLERK OF COURT

26-C 1750

PRENTIE SINCLAIR SANDERS, Plaintiff,

v.

DENNIS TILLMAN, Defendant.

Case No. ______________

# CIVIL COMPLAINT FOR TORT, DEFAMATION, AND FALSE ACCUSATIONS

## I. PARTIES

1. **Plaintiff:** Prentie Sinclair Sanders is an individual currently residing at 3238 W. Clybourn St., Milwaukee, Wisconsin 53208.

2. **Defendant:** Dennis Tillman is an individual residing in Milwaukee, Wisconsin, and an occupant of the residential property located at 2225 W. Burleigh St., Milwaukee, WI.

## II. JURISDICTION AND VENUE

1. This action is brought pursuant to this Court's diversity jurisdiction under 28 U.S.C. Section 1332 and supplemental tort jurisdiction, as the matter in controversy involves state-law claims for defamation, intentional infliction of emotional distress, and malicious legal exposure arising between private parties across distinct factual circumstances, with damages exceeding the statutory threshold.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1391(b) because all events, wrongful statements, and tortious acts giving rise to this claim occurred within Milwaukee, Wisconsin, situated within this judicial district.

## III. STATEMENT OF FACTS

1. **The Unlawful Residential Environment:** Plaintiff and Defendant Dennis Tillman were both occupants placed into the residential property located at 2225 W. Burleigh St., Milwaukee, WI—an unregistered and illegal rooming house.

2. **Defendant's Excessive Drinking and Known Propensity for False Allegations:** Defendant Dennis Tillman is an excessive drinker who possesses a well-documented and known history of becoming heavily intoxicated and subsequently making wild, fabricated, and malicious criminal accusations against fellow occupants and individuals around him. Defendant's own family refuses to live with or house him due to this chronic pattern of

excessive drinking and false accusations.

Furthermore, the property landlord AMELIA. expressly acknowledged to police detectives and witnesses that Defendant Tillman routinely fabricates false allegations when intoxicated.

3. **The August 18, 2026 False Accusation and Arrest:** On or about August 18, 2026, Defendant Tillman, while under the influence, launched a verbal argument and maliciously made false allegations that Plaintiff committed a misdemeanor battery against him. As a direct result of these false accusations, law enforcement arrested Plaintiff, and Plaintiff was wrongfully incarcerated in the Milwaukee County Jail from August 18, 2026, until his release on September 10, 2026.

4. **Dismissal of Charges and Corroborating Witnesses:** The fabricated criminal charges brought against Plaintiff as a result of Defendant Tillman's false statements were promptly dropped, receiving "no process" and being formally dismissed on August 19, 2026, at approximately 11:30 AM due to lack of evidence.

## IV. CAUSES OF ACTION

### COUNT I: Defamation / Slander Per Se

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendant Dennis Tillman published false, malicious, and defamatory statements to law enforcement and third parties accusing Plaintiff of committing a violent crime (battery).

3. Defendant knew these statements were false or acted with reckless disregard for their truth, driven by intoxication and a pattern of malicious fabrications.

4. Defendant's false statements constitute defamation *per se*, directly injuring Plaintiff's reputation, liberty, and character.

### COUNT II: Malicious Prosecution / Wrongful Legal Exposure

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendant Tillman actively instigated and procured the institution of criminal proceedings against Plaintiff by making false police reports.

3. Said proceedings were initiated without probable cause and terminated in Plaintiff's favor via dismissal on August 19, 2026.

4. Defendant acted with malice and improper motive, directly causing Plaintiff's wrongful arrest and detention.

### COUNT III: Intentional Infliction of Emotional Distress

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendant Tillman's extreme and outrageous conduct—consisting of fabricated violent criminal accusations driven by excessive drinking—exceeds all bounds of tolerable civilized behavior.

3. Defendant's actions directly caused Plaintiff severe psychological trauma, wrongful incarceration, loss of personal liberty, and severe emotional distress.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Prentie Sinclair Sanders respectfully requests that this Court enter judgment in his favor and against Defendant Dennis Tillman, awarding:

- A. Compensatory damages for reputational harm, emotional distress, and loss of liberty in an amount to be proven at trial;

- B. Punitive damages to deter Defendant's malicious fabrication of false criminal accusations;

- C. Costs, fees, and any such further relief as this Court deems just and proper.

**DATE:** September 22, 2026

Respectfully submitted,
**Prentie Sinclair Sanders**, Pro Se 3238 W. Clybourn St. Milwaukee, Wisconsin 53208
Prentie Sanders